# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW CENCI, on behalf of himself and all others similarly situated,<br><br>                   Plaintiff,<br><br>v.<br><br>SD BIOSENSOR USA, INC.,<br><br>                   Defendant. | Case No. 1:22-cv-02613-KAM-PK<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE BY PLAINTIFF</u>** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Matthew Cenci hereby dismisses without prejudice all claims against Defendant SD Biosensor USA, Inc.

Dated: June 29, 2022

Respectfully Submitted,

**BURSOR & FISHER, P.A**

By: */s/ Joshua D. Arisohn*
Joshua D. Arisohn
Max S. Roberts
Julian C. Diamond
Matthew A. Girardi
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jarisohn@bursor.com
         mroberts@bursor.com
         jdiamond@bursor.com
         mgirardi@bursor.com

*Attorneys for Plaintiff*

*Kiyo A. Matsumoto, USDJ*
6.29.2022